THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEOFFREY LYLES,<br><br>           Plaintiff,<br><br>     v.<br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>           Defendant. | CASE NO. C15-1716-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend trial date and case schedule (Dkt. No. 18). This motion is GRANTED.

The new trial date is August 7, 2017.  The new discovery cutoff is May 26, 2017. The dispositive motions deadline is June 23, 2017. The parties shall satisfy the Local Civil Rule 39.1 ADR requirement by July 28, 2017.

DATED this 28th day of March 2017.

William M. McCool<br>
Clerk of Court<br><br>
/s/Paula McNabb<br>
Deputy Clerk