THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEOFFREY LYLES,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>    Defendant. | CASE NO. C15-1716-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court continued trial in this matter to August 7, 2017. (Dkt. No. 19.) The Court now ORDERS that the proposed pretrial order, trial briefs, and motions in limine shall be due Monday, July 24, 2017. Any responses or objections to such filings shall be due Friday, July 28, 2017.

DATED this 8th day of June 2017.

                William M. McCool
                Clerk of Court

                /s/Paula McNabb
                Deputy Clerk