THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEOFFREY LYLES, | CASE NO. C15-1716-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 28). The parties are hereby ORDERED to submit dismissal paperwork within 30 days of this order. The Clerk is directed to TERMINATE Defendant's motion for summary judgment (Dkt. No. 22).

DATED this 24th day of July 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk